KELSEY BROWN, CA #263109
Dellert Baird Law Offices, PLLC
9481 Bayshore Dr. NW, Ste 203
Silverdale, WA   98383
Phone: (360) 329-6968
Fax: (360) 329-6968
Dellert.Law.Office@gmail.com
kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| GUADALUPE GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case #  1:13-cv-0008-GSA<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a first extension of time of 28 days to file Plaintiff's Opening Brief.

　　　This law firm has not had the number of attorneys working as anticipated when this Complaint was filed.  As a result, counsel for Plaintiff requires additional time to draft the Opening Brief.  The current date is September 3, 2013. The new due date will be October 1, 2013.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated September 1, 2013:        s/ KELSEY M. BROWN             CA #263109
                                Kelsey M. Brown
                                Dellert Baird Law Offices, PLLC
                                Attorney for Plaintiff


Dated September 1, 2013:        s/ KELSEY M. BROWN for Susan L. Smith
                                SUSAN L. SMITH
                                (per e-mail authorization)
                                Special Assistant U.S. Attorney
                                Office of the General Counsel

                                Of Attorneys for Defendant


**ORDER**

The Court adopts the parties' stipulation as outlined above.  Plaintiff's opening brief is now due on October 1, 2013.  The Court's Scheduling Order (Doc. 6) is modified accordingly.

IT IS SO ORDERED.

   Dated:   **September 3, 2013**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE