BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
SUSAN L. SMITH
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8973
    Facsimile: (415) 744-0134
    Email: Susan.L.Smith@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| GUADALUPE GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:13-cv-00008-GSA<br><br>**Stipulation and Order Re. Extension of Time for the Acting Commissioner to File her Responsive Brief** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the schedule outlined in the Court's Case Scheduling Order will be extended by thirty (30) days. The Commissioner's Responsive Brief is currently due on October 31, 2013. After this

1  extension, the Commissioner's Responsive Brief will now be due on December 2,
2  2013.
3      At the end of the day on September 30, 2013, the appropriation that had
4  been funding the Department of Justice expired and the appropriations to the
5  Department lapsed. The same was true for most Executive agencies, including the
6  Social Security Administration. Effective October 17, 2013, funds were
7  appropriated for the Department of Justice and the Social Security Administration,
8  and attorneys in both office are resuming their usual civil litigation functions.
9      Notwithstanding the return of all attorneys, the Office of the General
10 Counsel for the Social Security Administration has a substantial backlog of work
11 as a result of this lapse in appropriations. The Office of the General Counsel is
12 working diligently to prioritize and work through this backlog as efficiently as
13 possible. As such, the Acting Commissioner requests a 30-day extension of time
14 to provide Defendant's portions of the Joint Stipulation.
15     This is the Commissioner's first extension request and is requested in good
16 faith.

                                      Respectfully submitted,

Dated: November 1, 2013           By: /s/ *Kelsey Mackenzie Brown*

                                      (As authorized by email on 10/31/2013)
                                      KELSEY MACKENZIE BROWN
                                      Dellert Baird Law Offices, PLLC
                                      Attorney for Plaintiff

Dated: November 1, 2013           BENJAMIN B. WAGNER
                                      United States Attorney

                                      By: /s/ *Susan L. Smith*
                                      SUSAN L. SMITH
                                      Special Assistant U. S. Attorney
                                      Attorneys for Defendant

## **ORDER**

Based on the parties' stipulation set forth above, the Court grants an extension of time for the Acting Commissioner to file her Responsive Brief in this matter.  The Acting Commissioner's Responsive Brief shall be filed no later than December 2, 2013.  Any Reply Brief by Plaintiff Guadalupe Garcia shall be filed fifteen (15) days after service of the Acting Commissioner's Responsive Brief.  All other deadlines contained in the Court's Scheduling Order in this matter (Doc. 6) shall remain in effect.

IT IS SO ORDERED.

Dated:   **November 1, 2013**                             **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE