BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
SUSAN L. SMITH, CSBN 253808
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  415-977-8973
    E-Mail:  susan.l.smith@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

| | |
|---|---|
| GUADALUPE GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>Defendant. | Case No. 1:13-cv-00008-GSA<br><br>**JOINT MOTION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF** |

    The parties hereby move through their respective counsel of record that Defendant shall have an extension of time of 14 days to respond to Plaintiff's opening brief.  The undersigned counsel for Defendant has diligently attempted to complete Defendant's responsive brief in a timely matter.  However, the undersigned counsel for Defendant seeks this extension due to the press of workload including a high volume of other disability matters in federal district court, an oral argument before the Ninth Circuit Court of Appeals, other general civil litigation in federal district court, and several federal employment matters. Likewise, the Office of the General

1- Joint Motion and Proposed Order for an Ext. of Time for Def.'s Resp.; 1:13-cv-00008-GSA

Counsel for the Social Security Administration has a substantial backlog of work due to the 16-day lapse in appropriations.

The current due date is December 2, 2013. The new due date will be December 16, 2013. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: December 2, 2013         /s/ *Kelsey Mackenzie Brown*
                                (By telephone authorization on December 2, 2013)
                                KELSEY MACKENZIE BROWN
                                Attorney for Plaintiff

Dated: December 2, 2013         BENJAMIN B. WAGNER
                                United States Attorney

                       By:      /s/ *Susan L. Smith*
                                SUSAN L. SMITH
                                Special Assistant United States Attorney
                                Attorneys for Defendant

## ORDER

The Court adopts the parties' stipulation set forth above, allowing the Defendant a 14-day extension of time to respond to Plaintiff's Opening Brief. Accordingly, Defendant shall file her Responsive Brief no later than December 16, 2013. All other dates in the Court's Scheduling Order (Doc. 6) shall be modified accordingly.

IT IS SO ORDERED.

   Dated:   **December 4, 2013**                **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

2- Joint Motion and Proposed Order for an Ext. of Time for Def.'s Resp.; 1:13-cv-00008-GSA